

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-24-00152-CR**

**IN RE CARLOS M. MORELAND**

**Original Proceeding**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 92-443-C**

**MEMORANDUM OPINION**

Relator Carlos M. Moreland's "Petition for Writ of Mandamus," filed on May 29, 2024, is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion delivered and filed June 13, 2024
Do not publish
[OT06]

